UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY L. NUNES,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | CIVIL NO. 1:14-cv-00715-SAB<br><br>ORDER RE STIPULATION FOR<br>EXTENSION OF TIME |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file the administrative transcript in this matter on or before October 30, 2014;

2. Plaintiff's opening brief shall be filed on or before February 3, 2015;

3. Defendant's response to Plaintiff's opening brief shall be filed on or before March 3, 2015; and

4. Plaintiff may file a reply on or before March 18, 2015.

IT IS SO ORDERED.

Dated:  **September 30, 2014**

UNITED STATES MAGISTRATE JUDGE